**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| QUINTEZ TALLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LT. D. PRESSLEY, LAURA BANTA, | : | |
| JAMES MCINTEL, GENA CLARK, | : | |
| J. TERRA, THOMAS C. GRENEVICH, | : | |
| M. NASH, LT. KULL, C/O WILLIAMS, | : | |
| C/O BARRETTO, C/O MARTINEZ and | : | |
| UNKNOWN CORRECTIONAL OFFICERS | : | NO. 18-5196 |

## ORDER

**NOW**, this 9th day of March, 2020, upon consideration of Plaintiff's Motion for Relief from a Judgment or Order (Document No. 10), it is **ORDERED** that the motion is **DENIED**.

                                                   /s/ Timothy J. Savage
                                                   TIMOTHY J. SAVAGE, J.